# EXHIBIT G

**CERTIFIED MAIL**

7002 1000 0005 5856 4706

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Law Office of
**GARY KURTZ**
A Professional Law Corporation
30101 Agoura Court, Suite 130
Agoura Hills, California 91301

Harold Rose, Esq.
Senior Associate General Counsel
Yale University
2 Whitney Grove, 6th Floor
New Haven, Connecticut 06520-8255

UNITED STATES POSTAL SERVICE
1000

U.S. POSTAGE
PAID
AGOURA HILLS,CA
91301
AUG 17, 15
AMOUNT
$9.43
00108693-13