# EXHIBIT H

| | |
|---|---|
| Gary Kurtz, Esq. SBN 128295<br>**Law Office of Gary Kurtz**<br>  A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>Telephone:  818-884-8400<br>Telefax:  818-884-8404<br>E-Mail:  gary@garykurtzlaw.com<br><br>Attorneys for Plaintiff John Doe | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>SEP 09 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>     Moses Soto |

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

RECEIVED SEP 09 2015 FILING WINDOW

| | |
|---|---|
| John Doe,<br><br>         Plaintiff,<br><br>vs.<br><br>Yale University, by and though the President and Fellows of Yale College; and Does 1 to 100, inclusive,<br><br>         Defendants. | Case No.    BC579833<br><br>Assigned to:    Hon. Barbara Scheper<br>Complaint filed:    April 24, 2015<br><br>NOTICE OF CASE MANAGEMENT CONFERENCE<br><br>Date:    September 22, 2015<br>Time:    8:30 a.m.<br>Dept.:    30 |

PLEASE TAKE NOTICE that the Court has continued the Case Management Conference to the date, time, and department listed in the caption, above.

Dated: September 3, 2015

LAW OFFICE OF GARY KURTZ
A Professional Law Corporation

By: /s/ Gary Kurtz
Gary Kurtz, Esq. Attorney for Plaintiff

*Law Office of Gary Kurtz, A P.L.C.*
*30101 Agoura Court, Suite 130*
*Agoura Hills, California 91310*

NOTICE OF CASE MANAGEMENT CONFERENCE
1 of 2

Exhibit H, Page 69

**Proof of Service**

I am a resident of the county of Los Angeles, State of California. I am over 18 years old and not a party to the within action; my business address is 30101 Agoura Court, Suite 130, Agoura Hills, California 91310

On September 4, 2015, I served the following document described as: **NOTICE OF CASE MANAGEMENT CONFERENCE** - on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Harold Rose, Esq.
Senior Associate Genera Counsel
Yale University
2 Whitney Grove, 6th Floor
New Haven, CT 06520-8255

By U.S. mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under this practice it would be deposited with the U.S. postal service on the same day with this postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or meter date is more than one day of deposit for mailing in affidavit.

Executed on September 4, 2015, at Los Angeles, California. I declare under penalty of perjury under the laws of State of California that the forgoing is true and correct.

*Sandra Peteque*
Sandra Peteque