POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Gary Kurtz, SBN 128295<br>Law Office of Gary Kurtz, A PLC<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91301<br>TELEPHONE NO.: 818-884-8400   FAX NO. *(Optional)*: 818-884-8404<br>E-MAIL ADDRESS *(Optional)*: gary@garykurtzlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff John Doe | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>SEP 09 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _M. Soto_, Deputy<br>Moses Soto |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS: 111 N. Hill Street<br>CITY AND ZIP CODE: Los Angeles, California 90012<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: John Doe<br>DEFENDANT/RESPONDENT: Yale | CASE NUMBER:<br>BC579833 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>D-30 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ✓ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Civic Cover Sheet Addendum; Assignment of Judge

3. a. Party served *(specify name of party as shown on documents served)*:
   Yale University, by and through the Presidents of Yale College

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Harold Rose, Esq., Senior Associate General Counsel

4. Address where the party was served:
   2 Whitney Grove, 6th Floor, New Haven, CT  06520-8255

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:                (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:             at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:                   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

Exhibit I, Page 71

| PLAINTIFF/PETITIONER: John Doe | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Yale | BC579833 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 8/14/15      (2) from *(city):* Agoura Hills, California  91301

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [✓] On behalf of *(specify):* Yale University
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
         [✓] other: Unknown business entity

7. **Person who served papers**
  a. Name: Sandra Peteque
  b. Address: 30101 Agoura Court, Suite 130, Agoura Hills, CA  91301
  c. Telephone number: 818-884-8400
  d. **The fee** for service was: $
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
        (i)   [ ] owner   [ ] employee   [ ] independent contractor.
        (ii) Registration No.:
        (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/3/15

Sandra Peteque                                  ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X WM Perry   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>WP   8-24-15 |
| 1. Article Addressed to:<br>HAROLD ROSE, ESQ<br>SENIOR ASSOCIATE GENERAL COUNSEL<br>YALE UNIVERSITY<br>2 WHITNEY GROVE, 6TH FLOOR<br>NEW HAVEN, CT. 06520-8255 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9403 0122 5077 4725 98 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7002 1000 0005 5856 4706 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

GARY KURTZ
LAW OFFICE OF GARY KURTZ
30101 AGOURA COURT, SUITE 130
AGOURA HILLS, CA. 91301

USPS TRACKING#

9590 9403 0122 5077 4725 98

## Proof of Service

I am a resident of the county of Los Angeles, State of California. I am over 18 years old and not a party to the within action; my business address is 30101 Agoura Court, Suite 130, Agoura Hills, California 91310

On September 4, 2015, I served the following document described as: **Proof of Service - Summons** - on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Harold Rose, Esq.
Senior Associate Genera Counsel
Yale University
2 Whitney Grove, 6th Floor
New Haven, CT  06520-8255

By U.S. mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under this practice it would be deposited with the U.S. postal service on the same day with this postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or meter date is more than one day of deposit for mailing in affidavit.

Executed on September 4, 2015, at Los Angeles, California. I declare under penalty of perjury under the laws of State of California that the forgoing is true and correct.

*Sandra Peteque*
Sandra Peteque