# EXHIBIT J

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Gary Kurtz, Esq. SBN 128295<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>TELEPHONE NO.: 818-884-8400   FAX NO. *(Optional)*: 818-884-8404<br>E-MAIL ADDRESS *(Optional)*: gary@garykurtzlaw.com<br>ATTORNEY FOR *(Name)*: John Doe | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**SEP 09 2015**<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____M. Soto_____, Deputy<br>Moses Soto |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street.<br>MAILING ADDRESS: 111 N. Hill Street<br>CITY AND ZIP CODE: Los Angeles, California 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF/PETITIONER: John Doe<br>DEFENDANT/RESPONDENT: Yale University | |
| **CASE MANAGEMENT STATEMENT**<br>*(Check one):* [✓] **UNLIMITED CASE**   [ ] **LIMITED CASE**<br>(Amount demanded        (Amount demanded is $25,000<br>exceeds $25,000)          or less) | CASE NUMBER:<br>BC 579833 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:
Date: Septemebr 22, 2105   Time: 8:30 a.m.   Dept.: 30   Div.: civil   Room: 400
Address of court *(if different from the address above)*:

[ ] Notice of Intent to Appear by Telephone, by *(name)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [ ] This statement is submitted by party *(name)*: John Doe
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: April 24, 2015
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [✓] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [✓] have been served but have not appeared and have not been dismissed *(specify names)*:
            Yale University
      (3) [ ] have had a default entered against them *(specify names)*:

   c. [✓] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:
      Does 1-100, inclusive are unknown at this time and may be served in the future once their identity is established.

4. **Description of case**
   a. Type of case in [✓] complaint   [ ] cross-complaint   *(Describe, including causes of action)*:
      COMPLAINT FOR DAMAGES AND
      EQUITABLE RELIEF; Violations of Title IX, Title VI, Breach of Contract, Promissory Estoppel, Negligence

RECEIVED SEP 0 9 2015 FILING WINDOW

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

Exhibit J, Page 76

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: John Doe<br>DEFENDANT/RESPONDENT: Yale University | CASE NUMBER:<br>BC 579833 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   Plaintiff Doe's civil and other rights were intentionally violated by defendant's actions during a two year period. Defendant improperly disciplined Plaintiff and failed to inform him for two years. Damages exceeding $1,000,000 for the delay in his education and for being deprived of a Yale education, as well as Injunctive and Declaratory relief.

   ☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request ☑ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
      discovery and other issues are complex and possibly involving law and motion work.
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
      unknown at this time

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 15
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   f. Fax number:
   g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: John Doe | CASE NUMBER: BC 579833 |
|---|---|
| DEFENDANT/RESPONDENT: Yale University | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☑ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☑ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: John Doe | | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Yale University | | BC 579833 |

11. **Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
    b. Reservation of rights: ☐ Yes ☑ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

12. **Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☑ Other *(specify):* May be removed to federal court
    Status:

13. **Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

14. **Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

15. **Other motions**
    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

16. **Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

    | Party | Description | Date |
    |---|---|---|
    | To be determined | | |

    c. ☑ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*
        claims of confidentiality by defendant.

|  |  |
|---|---|
| PLAINTIFF/PETITIONER: John Doe | CM-110 |
| DEFENDANT/RESPONDENT: Yale University | CASE NUMBER: BC 579833 |

17. **Economic litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
   ☑ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*
   Plaintiff anticipates that Defendant will attempt to remove the case to Federal Court

19. **Meet and confer**
   a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*
   Defendant has not yet appeared.

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: September 3, 2015

Gary Kurtz
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY)

▶

_____                               _____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**Proof of Service**

I am a resident of the county of Los Angeles, State of California. I am over 18 years old and not a party to the within action; my business address is 30101 Agoura Court, Suite 130, Agoura Hills, California 91310

On September 4, 2015, I served the following document described as: **CMC STATEMENT** - on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Harold Rose, Esq.
Senior Associate Genera Counsel
Yale University
2 Whitney Grove, 6th Floor
New Haven, CT  06520-8255

By U.S. mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under this practice it would be deposited with the U.S. postal service on the same day with this postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or meter date is more than one day of deposit for mailing in affidavit.

Executed on September 4, 2015, at Los Angeles, California. I declare under penalty of perjury under the laws of State of California that the forgoing is true and correct.

Sandra Peteque