EXHIBIT K

1 | Gary Kurtz, Esq. SBN 128295
2 | **Law Office of Gary Kurtz**
  | A Professional Law Corporation
3 | 30101 Agoura Court, Suite 130
  | Agoura Hills, California 91310
4 | Telephone:    818-884-8400
5 | Telefax:       818-884-8404
  | E-Mail:.       gary@garykurtzlaw.com
6 |
7 | Attorneys for Plaintiff John Doe

**FILED**
Superior Court of California
County of Los Angeles

SEP 09 2015

Sherri R. Carter, Executive Officer/Clerk
By_____/M. Soto_____, Deputy
Moses Soto

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| John Doe, | Case No.    BC579833 |
| Plaintiff, | Assigned to:      Hon. Barbara Scheper |
| | Complaint filed:    April 24, 2015 |
| vs. | |
| | DECLARATION   OF   GARY   KURTZ |
| Yale University, by and though the President | REGARDING ORDER TO SHOW CAUSES |
| and Fellows of Yale College; and Does 1 to | RE  SERVICE  OF  PROCESS  AND |
| 100, inclusive, | FAILURE TO FILE CASE MANAGEMENT |
| | CONFERENCE STATEMENT |
| Defendants. | |
| | Date:       September 22, 2015 |
| | Time:       8:30 a.m. |
| | Dept.:       30 |

I, Gary Kurtz, declare:

1.    I am an attorney duly licensed to practice law in California and before this Court and am counsel of records for the Plaintiff in this matter. The facts set forth in this declaration are based on my personal knowledge, and if called and sworn as a witness in this matter, I could and would testify to the following.

///

///

Declaration of Gary Kurtz
1 of 3

Law Office of Gary Kurtz, A P.L.C.
20 30101 Agoura Court, Suite 130
Agoura Hills, California 91310

2.      On or about April 24, 2015, I caused to be filed the action entitled John Doe v. The President and Fellows of Yale University, et al., Los Angeles County Superior Court Case No. BC 579833.

3.      Shortly after causing the complaint to be filed, I sent a copy of the service information (summons, complaint, civil cover sheet and addendum, and case assignment form) to Harold Rose, Esq., who is Yale's senior associate general counsel assigned to this matter.

4.      My understanding of federal law (which may have been mistaken) was that the time to remove a matter to federal court started upon notice of the state court action, not formal service. Accordingly, I anticipated that Yale would attempt to remove this matter to federal court before any further action would be required in this Court. For that reason (which is offered as an explanation and not an excuse), I was not appropriately diligent in calendaring matters and taking care of business as required by this Court.

5.      My office did calendar the Case Management Conference and was surprised when my calendar system gave me a 3-day advance reminder of the conference. I had a conflict on that date because I really did not anticipate that the case would be in state court at the time of the conference, which is why I asked a professional colleague to make the appearance.

6.       I apologize to the court for failing to file a timely Case Management Conference Statement for the Case Management Conference on August 18, 2015 at 8:30 a.m., in Department 30. I do not suggest that the reason for my failure, as explained above, qualifies as a valid excuse, but I ask that the court accept my apology.

7.      On or about August 14, 2015, my office mailed the file-stamped service package to Yale. A proof of service by mail will be filed contemporaneous with this declaration.

I declare under penalty of perjury under the laws of the state California that the foregoing is true and correct. Executed on September **4**, 2015 at Agoura Hills, California



Gary Kurtz

_____

Declaration of Gary Kurtz
2 of 3

Exhibit K, Page 83

Law Office of Gary Kurtz, A P.L.C.
30101 Agoura Court, Suite 130
Agoura Hills, California  91310

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Proof of Service

I am a resident of the county of Los Angeles, State of California.  I am over 18 years old and not a party to the within action; my business address is 30101 Agoura Court, Suite 130, Agoura Hills, California  91310

On September 4, 2015, I served the following document described as: **Declaration of Gary Kurtz** - on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Harold Rose, Esq.
Senior Associate Genera Counsel
Yale University
2 Whitney Grove, 6th Floor
New Haven, CT  06520-8255

By U.S. mail as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under this practice it would be deposited with the U.S. postal service on the same day with this postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or meter date is more than one day of deposit for mailing in affidavit.

Executed on September 4, 2015, at Los Angeles, California.  I declare under penalty of perjury under the laws of State of California that the forgoing is true and correct.

Sandra Peteque

Declaration of Gary Kurtz
3 of 3

Exhibit K, Page 84