# EXHIBIT L

YOUNG, ZINN & BATE LLP
JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzblaw.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzblaw.com
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
YALE UNIVERSITY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>vs.<br><br>Yale University, by and though the President and Fellows of Yale College; and Does 1 to 100, inclusive,<br><br>    Defendants. | Case No. BC579833<br><br>**NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Action Filed: April 24, 2015 |

TO PLAINTIFF JOHN DOE AND HIS ATTORNEYS OF RECORD GARY KURTZ, ESQ. AND THE LAW OFFICE OF GARY KURTZ:

**PLEASE TAKE NOTICE** that on September 16, 2015, Defendant Yale University filed in the United States District Court for the Central District of California its Notice of Removal of Action Pursuant to 28 U.S.C. § 1331, 1332, 1367, and 1441 (Federal Question, Supplemental, And Diversity Jurisdiction) ("Notice of Removal"). A copy of the Notice of Removal is attached to this Notice as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446 the filing of said Notice of Removal in the United States District Court, together with the filing of this Notice to Superior Court and Adverse Party, effects the removal of this action, and that this Court should "proceed no further unless and until the case has been remanded." 28 U.S.C § 1446(d).

DATED: September 16, 2015          YOUNG, ZINN & BATE LLP


By: _____
KAREN J. PAZZANI
Attorneys for Defendant
YALE UNIVERSITY

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 16, 2015, I caused to be served the foregoing documents described as **NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Gary Kurtz, Esq.<br>Law Office of Gary Kurtz<br>A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>Email: gary@garykurtzlaw.com | Representing Plaintiff<br>JOHN DOE |

**BY U.S. MAIL** as follows: I am "readily familiar" with Young, Zinn & Bate LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service shall be presumed invalid if postal cancellation date or postage meter is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on September 16, 2015, at Los Angeles, California.

_____
Jessica Alvarez

PROOF OF SERVICE