EXHIBIT M

NOTICE SENT TO:

Law Office of Gary Kurtz, A P.L.C.
30101 Agoura Court, Suite 130
Agoura Hills          CA   91310

FILE STAMP

**FILED**
Superior Court of California
County of Los Angeles

APR 29 2015

Sherri R. Carter Executive Officer/Clerk
By _____ Deputy
Patricia Mapstead

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

JOHN DOE

                              Plaintiff(s),

              VS.

YALE UNIVERSITY

                              Defendant(s).

CASE NUMBER:

BC579833

## NOTICE OF CASE
## MANAGEMENT CONFERENCE

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for  August 18, 2015  at  8:30 am  in  Dept. 30
at 111 North Hill Street, Los Angeles, California  90012.

**NOTICE TO DEFENDANT:     THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE
                           DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.**

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least **15 calendar days** prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, section 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, Code of Civil Procedeure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code Section 68608 (b) and California Rules of Court 2.2 et seq.

Date:  April 29, 2015                                    _____
                                                        BARBARA M. SCHEPER
                                                        Judicial Officer

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[ ✓ ] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[  ] by personally giving the party notice upon filing the complaint.

Date:  April 29, 2015                                    Sherri R. Carter, Executive Officer/Clerk

                                         by  _____ , Deputy Clerk
                                                     P. Mapstead

LACIV 132 (Rev. 09/07)                                  Cal. Rules of Court, rule 3.720-3.730
LASC Approved 10-03                                     LASC Local Rules, Chapter Seven

Exhibit M, Page 88