# EXHIBIT N

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 08/18/15 | | | DEPT. 30 |
|---|---|---|---|
| HONORABLE BARBARA M. SCHEPER | JUDGE | M. HENDERSON | DEPUTY CLERK |
| HONORABLE #4 | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| P. MAPSTEAD, C.A. | Deputy Sheriff | NONE | Reporter |

| 8:30 am | BC579833 | | | |
|---|---|---|---|---|
| | JOHN DOE | | Plaintiff Counsel | RANDALL R. MURPHY (X) |
| | | VS | Defendant Counsel | NO APPEARANCE |
| | YALE UNIVERSITY | | | |

**NATURE OF PROCEEDINGS:**

CASE MANAGEMENT CONFERENCE

Matter is called for hearing.

The Court determines that no proof of service/ declaration or a case management statement has been filed.

An order to show cause re proof of service or a declaration explaining failure to do so/sanctions is set for September 22, 2015 at 8:30 a.m. in this Department.

All documents are due to be filed in this courtroom five (5) days prior to the order to show cause hearing.

Counsel for plaintiff to give notice.

Page   1 of  1    DEPT. 30    .

| MINUTES ENTERED |
|---|
| 08/18/15 |
| COUNTY CLERK |