JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzblaw.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone:  (213) 362-1860
Facsimile:   (213) 362-1861

Attorneys for Defendant
YALE UNIVERSITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Yale University, by and though the President and Fellows of Yale College; and Does 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.  2:15-cv-7263-SVW(AGRx)<br><br>**DEFENDANT YALE UNIVERSITY'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO DISTRICT OF CONNECTICUT PURSUANT TO 28 USC § 1404(a)**<br><br>Date:　　　October 19, 2015<br>Time:　　　1:30 p.m.<br>Judge:　　　Hon. Stephen V. Wilson<br>Ctrm:　　　6 |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JOHN DOE AND TO HIS ATTORNEYS OF RECORD GARY KURTZ, ESQ. AND THE LAW OFFICE OF GARY KURTZ:**

**PLEASE TAKE NOTICE** that on October 19, 2015 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 6 of the United States District Court of the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012-4701, before the Honorable Stephen V. Wilson, Defendant YALE UNIVERSITY ("Defendant"), will and hereby does move, pursuant to 28 U.S.C. § 1404(a), for an order transferring this action to the District of Connecticut.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Harold Rose and Karen J. Pazzani, the papers and pleadings on file in this matter, and any such oral and documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This Motion is made following the conference of counsel pursuant to C.D. Cal. Loc. R. 7-3, which took place on September 9 and 10, 2015.  (*See* Declaration of Karen J. Pazzani, ¶ 11.)

DATED:  September 17, 2015         JULIE ARIAS YOUNG
                                   KAREN J. PAZZANI
                                   YOUNG, ZINN & BATE LLP

                                   By:    /s/ Karen J. Pazzani
                                   KAREN J. PAZZANI
                                   Attorneys for Defendant
                                   YALE UNIVERSITY

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 17, 2015, I hereby certify that I electronically filed the foregoing document described as **DEFENDANT YALE UNIVERSITY'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO DISTRICT OF CONNECTICUT PURSUANT TO 28 USC § 1404(a)** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Gary Kurtz, Esq.<br>Law Office of Gary Kurtz<br>A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>Tel.: 818-884-8400<br>Fax: 818-884-8404<br>Email: gary@garykurtzlaw.com | Representing Plaintiff<br>JOHN DOE |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2015, at Los Angeles, California.

_____
Jessica Alvarez