JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzblaw.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone:  (213) 362-1860
Facsimile:   (213) 362-1861

Attorneys for Defendant
YALE UNIVERSITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Yale University, by and though the President and Fellows of Yale College; and Does 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.  2:15-cv-7263-SVW(AGRx)<br><br>**DECLARATION OF HAROLD ROSE IN SUPPORT OF DEFENDANT YALE UNIVERSITY'S MOTION TO TRANSFER VENUE TO DISTRICT OF CONNECTICUT PURSUANT TO 28 USC § 1404(a)**<br><br>Date:　　　October 19, 2015<br>Time:　　　1:30 p.m.<br>Judge:　　　Hon. Stephen V. Wilson<br>Ctrm:　　　6 |

# DECLARATION OF HAROLD ROSE

I, HAROLD ROSE, declare as follows:

1. I am a Senior Associate General Counsel for Defendant YALE UNIVERSITY ("Yale"). I have personal knowledge of the facts set forth in this Declaration, and if called to testify under oath, could and would testify competently thereto.

2. Yale is, and on April 24, 2015 was, a corporation specially chartered by the General Assembly of the Colony and State of Connecticut. In addition, as of April 24, 2015 and now, Yale's principal place of business was and is located in New Haven, Connecticut. Yale's administrative offices are located in New Haven, Connecticut and its corporate officers direct, control, and coordinate its activities from New Haven, Connecticut.

3. In the course of performing my duties as Senior Associate General Counsel for Yale, I have access to information maintained by Yale in the normal course of its business regarding the residency of Yale's current and former employees and students. I also have access to information regarding investigations and hearings conducted by Yale's University-Wide Committee on Sexual Misconduct ("UWC"), including information related to the investigation of the complaint against the Plaintiff in this matter.

4. I have reviewed Yale's file on the sexual assault complaint made against Plaintiff. The file is stored on a Yale computer in one of Yale's administrative buildings in New Haven, Connecticut. Based on my review of the file, I am aware that the UWC panel that conducted the hearing related to the

1  complaint against the Plaintiff in this matter was comprised of Paul Genecin, the
2  Chair of the UWC Panel, and members Margit Dahl, Enrique de la Cruz, Ksenia
3  Sidorenko, and Andrea Stavoe.
4
5       5.    According to Yale's business records, Mr. Genecin's, Mr. de la Cruz's,
6  and Ms. Sidorenko's current residential addresses are in New Haven, Connecticut.
7  Ms. Dahl's current residential address is in Madison, Connecticut.  Ms. Stavoe's
8  current residential address is in Bloomfield Hills, Michigan.
9
10      6.    Based on my review of Yale's business records, I am also aware that
11 Beverly Hodgson was the fact-finder appointed by the UWC to investigate the
12 complaint made against the Plaintiff in this matter.  Ms. Hodgson is not a Yale
13 employee.  However, because she has done work for Yale as a fact-finder, Yale
14 maintains information regarding her residence.  According to Yale's business
15 records, Ms. Hodgson's last known residential address was in New Haven,
16 Connecticut.
17
18      7.    I have reviewed Yale's business records for information regarding
19 Mary Miller, Benjamin Polak, and Mia Genoni.  All three are currently employed by
20 Yale and their residential addresses are in New Haven, Connecticut.  I have also
21 reviewed Yale's business records for information regarding Theodore Van Alst,
22 who was Yale's Director of the Native American Cultural Center from 2010-2014.
23 Mr. Van Alst is no longer employed by Yale.  According to Yale's records, his last
24 known residential address was in Missoula, Montana.
25
26      8.    I have reviewed Yale's business records for information regarding the
27 individual who accused Plaintiff of sexual assault and two of her alleged friends,
28 Dinee Dorame and Christian Brown.  The student who accused Plaintiff of sexual

assault remains a student at Yale and resides in New Haven, Connecticut. Ms. Dorame is no longer a student at Yale. Her legal residence according to Yale's records is in Albuquerque, New Mexico. Mr. Brown is also no longer a student at Yale. According to Yale's records, his legal residence is in Chandler, Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of September 2015, at New Haven, Connecticut.

                                                                                            HAROLD ROSE

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 17, 2015, I hereby certify that I electronically filed the foregoing document described as **DECLARATION OF HAROLD ROSE IN SUPPORT OF DEFENDANT YALE UNIVERSITY'S MOTION TO TRANSFER VENUE TO DISTRICT OF CONNECTICUT PURSUANT TO 28 USC § 1404(a)** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Gary Kurtz, Esq.<br>Law Office of Gary Kurtz<br>A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>Tel.: 818-884-8400<br>Fax: 818-884-8404<br>Email: gary@garykurtzlaw.com | Representing Plaintiff<br>JOHN DOE |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2015, at Los Angeles, California.

_____
Jessica Alvarez