1  JULIE ARIAS YOUNG (State Bar No. 168664)
   jyoung@yzblaw.com
2  KAREN J. PAZZANI (State Bar No. 252133)
   kpazzani@yzblaw.com
3  YOUNG, ZINN & BATE LLP
4  888 South Figueroa Street, Fifteenth Floor
5  Los Angeles, California 90017
   Telephone:  (213) 362-1860
6  Facsimile:   (213) 362-1861
7
8  Attorneys for Defendant
   YALE UNIVERSITY
9

10              UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

12

13

14 | John Doe,                                    | Case No.  2:15-cv-7263-SVW(AGRx)
15 |                                              |
   |        Plaintiff,                            | **[PROPOSED] ORDER GRANTING
16 |                                              | DEFENDANT YALE UNIVERSITY'S
17 |    vs.                                       | MOTION TO TRANSFER VENUE TO
   |                                              | DISTRICT OF CONNECTICUT
18 | Yale University, by and though the           | PURSUANT TO 28 USC § 1404(a)**
19 | President and Fellows of Yale
   | College; and Does 1 to 100,
20 | inclusive,
21 |
   |        Defendants.
22
23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE

|   |   |
|---|---|
| 1 | Defendant YALE UNIVERSITY'S Motion to Transfer Venue to District of Connecticut Pursuant to 28 U.S.C. § 1404(a) ("Motion") came on regularly for hearing before this Court on October 19, 2015.  Julie Arias Young and Karen J. Pazzani of Young, Zinn & Bate LLP appeared on behalf of Defendant.  Gary Kurtz of the Law Office of Gary Kurtz appeared on behalf of Plaintiff JOHN DOE. |

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT said Motion is GRANTED and this matter is hereby transferred to the District of Connecticut.

DATED: _____

_____
The Honorable Stephen V. Wilson
United States District Judge

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 17, 2015, I hereby certify that I electronically filed the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT YALE UNIVERSITY'S MOTION TO TRANSFER VENUE TO DISTRICT OF CONNECTICUT PURSUANT TO 28 USC § 1404(a)** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Gary Kurtz, Esq.<br>Law Office of Gary Kurtz<br>A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>Tel.: 818-884-8400<br>Fax: 818-884-8404<br>Email: gary@garykurtzlaw.com | Representing Plaintiff<br>JOHN DOE |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2015, at Los Angeles, California.

_____
Jessica Alvarez

2
PROOF OF SERVICE