1  JULIE ARIAS YOUNG (State Bar No. 168664)
   jyoung@yzblaw.com
2  KAREN J. PAZZANI (State Bar No. 252133)
   kpazzani@yzblaw.com
3  YOUNG, ZINN & BATE LLP
4  888 South Figueroa Street, Fifteenth Floor
   Los Angeles, California 90017
5  Telephone:  (213) 362-1860
6  Facsimile:   (213) 362-1861

7  Attorneys for Defendant
8  YALE UNIVERSITY

9

10                UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

12

13

14  John Doe,                          | Case No.  2:15-cv-7263-SVW(AGRx)
15
16         Plaintiff,                  | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
17         vs.
18  Yale University, by and though the | Complaint served: August 27, 2015
19  President and Fellows of Yale      | Current response date: September 23, 2015
    College; and Does 1 to 100,        | New response date: October 23, 2015
20  inclusive,
21
           Defendants.
22

23
24
25
26
27
28

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  PLAINTIFF JOHN DOE ("PLAINTIFF") and DEFENDANT YALE
2  UNIVERSITY ("DEFENDANT"), by and through their respective counsel of
3  record, hereby stipulate as follows:
4  WHEREAS, Defendant removed Plaintiff's Complaint to the Central District
5  of California on September 16, 2015;
6  WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(B),
7  Defendant's deadline to respond to Plaintiff's Complaint is currently September 23,
8  2015;
9  WHEREAS, Defendant contends that it is not subject to personal jurisdiction
10 in California and that this action should proceed in the District of Connecticut for
11 the convenience of the parties and witnesses;
12 WHEREAS, Defendant intends to promptly file a motion to transfer venue to
13 the District of Connecticut pursuant to 28 U.S.C. § 1404(a);
14 WHEREAS, Defendant may also file a motion to dismiss for lack of personal
15 jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2);
16 WHEREAS, because Defendant's anticipated motion to dismiss for lack of
17 personal jurisdiction would be moot if its motion to transfer venue is granted,
18 Defendant has requested an extension of its deadline to file a response to Plaintiff's
19 Complaint;
20 WHEREAS, Plaintiff has agreed to grant Defendant an extension of 30 days
21 to file a response (either an answer or a Federal Rule of Civil Procedure 12(b)
22 motion to dismiss) to his Complaint; and
23 WHEREAS, Defendant has not made any prior requests for an extension of
24 time to respond in this action.
25 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
26 parties that:
27 Defendant's deadline to respond to Plaintiff's Complaint, by way of an
28

1  answer or Federal Rule of Civil Procedure 12(b) motion to dismiss, shall be
2  extended from September 23, 2015 to October 23, 2015.

5  DATED: September 16, 2015          JULIE ARIAS YOUNG
6                                     KAREN J. PAZZANI
7                                     YOUNG, ZINN & BATE LLP

9                                     By:   /s/ Karen J. Pazzani
                                            KAREN J. PAZZANI**
10                                          Attorneys for Defendant
                                            YALE UNIVERSITY

13 DATED: September 16, 2015          GARY KURTZ
                                      LAW OFFICE OF GARY KURTZ

16                                    By:   /s/ Gary Kurtz
                                            GARY KURTZ
17                                          Attorneys for Plaintiff
18                                          JOHN DOE

20  **Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other
21 signatories listed, and on whose behalf the filing is submitted, concur in the filing's
22 content and have authorized the filing.

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 17, 2015, I hereby certify that I electronically filed the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Gary Kurtz, Esq.<br>Law Office of Gary Kurtz<br>A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California  91310<br>Tel.: 818-884-8400<br>Fax: 818-884-8404<br>Email: gary@garykurtzlaw.com | Representing Plaintiff<br>JOHN DOE |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2015, at Los Angeles, California.

_____
Jessica Alvarez