Gary Kurtz, Esq.  SBN 128295
**Law Office of Gary Kurtz**
  A Professional Law Corporation
30101 Agoura Court, Suite 130
Agoura Hills, California  91310
Telephone:   818-884-8400
Telefax:        818-884-8404
E-Mail:        gary@garykurtzlaw.com

Attorneys for Plaintiff John Doe

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No.: 2:15-cv-7263-SVW(AGRx) |
| Plaintiff, | [Proposed] ORDER RE STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO TRANSFER VENUE AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE |
| vs. | |
| Yale University, by and though the President and Fellows of Yale College; and Does 1 to 100, inclusive, | |
| Defendants. | Current Date:  October 19, 2015<br>Proposed Date: November 2, 2015<br>Time:          1:30 p.m.<br>Judge:         Hon. Stephen V. Wilson<br>Ctrm:          6 |

FILED
CLERK, U.S. DISTRICT COURT
Sept 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

Law Office of Gary Kurtz, A P.L.C.
20 30101 Agoura Court, Suite 130
Agoura Hills, California  91310

Pursuant to the stipulation of the parties, and for good cause shown, it is ordered that:

1. The hearing on Defendant's Motion to Transfer Venue shall be continued from October 19, 2015, to November 2, 2015, at 1:30 p.m. in courtroom 6. Opposition and Reply dates shall be based on the new hearing date.

2. Defendant's deadline to respond to Plaintiff's Complaint, by way of an answer or Federal Rule of Civil Procedure 12(b) motion to dismiss, shall be extended from October 23, 2015 to November 9, 2015.

Dated: September 28, 2015

_____

Hon. Stephen V. Wilson

Law Office of Gary Kurtz, A P.L.C.
20 30101 Agoura Court, Suite 130
Agoura Hills, California 91310

ORDER RE STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO TRANSFER VENUE AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE

2 of 2