Gary Kurtz, Esq.  SBN 128295
**Law Office of Gary Kurtz**
   A Professional Law Corporation
30101 Agoura Court, Suite 130
Agoura Hills, California  91310
Phone:  818-884-8400    Fax:   818-884-8404
E-Mail:       gary@garykurtzlaw.com

Attorneys for Plaintiff John Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No.: 2:15-cv-7263-SVW(AGRx) |
| Plaintiff, | DECLARATION OF PLAINTIFF IN OPPOSITION TO MOTION TO TRANSFER VENUE |
| vs. | |
| Yale University, etc., et al | Date:         November 2, 2015 |
| | Time:         1:30 p.m. |
| Defendants. | Judge:        Hon. Stephen V. Wilson |
| | Ctrm:         6 |

I, Plaintiff John Doe, declare:

1. I am the Plaintiff John Doe ("Plaintiff") in the above-referenced action.  Unless otherwise indicated, I have personal knowledge of the facts set forth in this Declaration, and if called to testify under oath, could and would testify competently thereto.

PLAINTIFF'S DECLARATION IN OPPOSITION TO MOTION TO TRANSFER
1 of 5

2. I was admitted into several universities in my senior year of High School, including the University of California at Berkeley and New York University, where I was offered a full Martin Luther King, Jr. Scholarship that included tuition, room and board and a summer stipend. After considering all of my options I accepted Yale University's offer of admission from the computer in my bedroom in Los Angeles, California.

3. Prior to accepting the offer of admission to Yale I was contacted by members of the Native American community at Yale urging me to accept the offer of admission. Those recruitment calls were placed to me while I was living in my family home in Los Angeles, California.

4. During the entire time I attended Yale University I kept my permanent residence in Los Angeles, California. Even after my departure from Yale University, I kept my permanent residence in Los Angeles, California, which is still my permanent residence. I always believed I would return to Los Angeles to live after the completion of my education.

5. So far in 2015, I have earned $14,518.00 in wages. I am currently unemployed. I have no trust fund or any other income outside of my earnings and savings. I have less than $4,000 in a brokerage savings account, which will be decreasing because I intend to finish my education.

6. Following dismissal of the criminal charges against me on or about January 23, 2015, <u>and well after the events at issue in this lawsuit,</u> a friend who was a Native Yale student told me that my Accuser, Dinee Dorame and Christian Brown were telling other Native students at Yale that I had been convicted of First Degree Sexual assault. He told me that they had also texted that information to people.

7. I filed that lawsuit in Connecticut because the defendants had no known connection to California. I therefore borrowed the funds to retain a Connecticut attorney to file a defamation action against those three persons based on the false statements they made about me being convicted of Sexual Assault. I have never been in any trouble with the law except for the false allegations made against me by the Accuser. I am unable to borrow further funds, and have no funds of my own, to hire that same, or any other, Connecticut lawyer to prosecute this case if it is transferred.

8. I did not file any action against my Accuser based on her false police reports or false complaint to Yale University.

9. I believe it was in the fall of 2014, that I first ordered a transcript from Yale University. I had received the denial of my final appeal from Yale indicating that I had been expelled effective as of May 27, 2014. I wanted to see what my transcript said. I was shocked and bewildered to see that the transcript indicated that I had been expelled on February 2, 2012.

10. My expulsion letter states that I am prohibited from ever setting foot on Yale property again without permission.

11. During the fall of 2010 I travelled with the Dean of Native Students to the National Indian Education Association meeting in San Diego, California, where he and I spoke with Native American high school students about applying to and, if admitted, attending Yale University.

12. During my five semesters at Yale, at the request of the Dean of Native Students, I spoke with prospective Native students from California and elsewhere about attending Yale University.

13. While attending Yale University I took out all of the federal student loans available and received approximately 30% of my costs through need based scholarships.

14. Prior to leaving Los Angeles to attend Yale University I went to events for admitted students hosted by Yale itself and Yale alumni in Los Angeles.

I declare under penalty of perjury and the laws of the state of California and the United States of America that the foregoing is true and correct. Executed on October 10, 2015.

                                        /s/ John Doe
                                      Plaintiff John Doe

Law Office of Gary Kurtz, A P.L.C.
20 30101 Agoura Court, Suite 130
Agoura Hills, California 91310

## Certification

I hereby certify that, on October 12, 2015, a copy of the foregoing PLAINTIFF'S DECLARATION IN OPPOSITION TO MOTION TO TRANSFER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated: October 12, 2015                    _____*Gary Kurtz*_____
                                                Gary Kurtz