Gary Kurtz, Esq.  SBN 128295
**Law Office of Gary Kurtz**
  A Professional Law Corporation
30101 Agoura Court, Suite 130
Agoura Hills, California  91310
Phone: 818-884-8400    Fax:   818-884-8404
E-Mail:       gary@garykurtzlaw.com

Attorneys for Plaintiff John Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| John Doe, | ) | Case No.: 2:15-cv-7263-SVW(AGRx) |
|---|---|---|
| Plaintiff, | ) ) | DECLARATION OF RANDALL R. MURPHY IN OPPOSITION TO MOTION TO TRANSFER VENUE |
| vs. | ) ) | |
| Yale University, etc., et al | ) ) | Date:         November 2, 2015 Time:        1:30 p.m. |
| Defendants. | ) ) | Judge:      Hon. Stephen V. Wilson Ctrm:       6 |

I, Randall R. Murphy, declare:

1.     I am attorney admitted in California and employed by the California Department of Justice.  Unless otherwise indicated, I have personal knowledge of the facts set forth in this Declaration, and if called to testify under oath, could and would testify competently thereto.

2. I live in California and am a graduate of the Yale Law School. As part of the Alumni Schools Committee I regularly interview high school seniors who have applied to Yale College for admission.

3. The Alumni of Yale University, on behalf of the admissions office, attempt to interview every applicant to Yale College.

4. In past years I have also attended high school college fairs in the state of California on behalf of Yale College.

5. As part of each college fair and later interview process our primary task is to answer questions about Yale College and life in New Haven. At the college fairs we are asked to encourage high school students to apply. An application fee is required for each application, which Yale College retains whether or not the student is admitted to the college. During the interview process we complete an evaluation of the interviewee and submit that evaluation from California to the Yale College admissions office in Connecticut.

6. If a student that we have interviewed is admitted into Yale College we are asked to contact them and urge them to accept the offer of admission and answer any questions they may have about Yale and New Haven. Most students admitted into Yale College are also admitted at numerous other schools and our task is to "sell" Yale to the admitted student. According to the Yale website: "The total Cost of Attendance for attending Yale in 2014-2015 is $63,250, which includes tuition ($45,800), room ($7,800), board ($6,200), and books and personal expenses ($3,450)."

7. As part of the Yale Alumni network I receive numerous invitations to Yale sponsored events in Southern California. When responding to reserve a space at an event I make payment through a website that is part of Yale's Alumni office.

8. I receive invitations for events related to the Yale in Hollywood program frequently. My understanding is that the Yale in Hollywood program is one of many programs operated by Yale College in Southern California by an office at Yale College in partnership with a local Yale organization. Information on the Yale in Hollywood program can be found at http://ocs.yale.edu/content/yale-hollywood.

9. I regularly receive solicitations for contributions to Yale at my home in Los Angeles, California. I am aware that my classmates and all other Yale Alumni that I have spoken to about fundraising also receive such requests.

10. On information and belief, Yale College alumni in the entertainment industry centered in Los Angeles, California comprise an important source of donations for Yale fundraising and each year they are contacted by Yale College requesting donations.

11. I have attended numerous events over the course of the last 20 years where members of the Yale College administration have spoken at events in Southern California organized in conjunction with Yale College.

I declare under penalty of perjury and the laws of the state of California and the United States of America that the foregoing is true and correct. Executed this October 9, 2015, at Los Angeles, California.


        /s/Randall R. Murphy_____
        Randall R. Murphy

---

MURPHY DECLARATION IN OPPOSITION TO MOTION TO TRANSFER

3 of 4

Certification

I hereby certify that, on October 12, 2015, a copy of the foregoing MURPHY DECLARATION IN OPPOSITION TO MOTION TO TRANSFER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated:  October 12, 2015        _____*Gary Kurtz*_____
                                              Gary Kurtz