# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-07263-SVW-AGR | Date | November 2, 2015 |
|---|---|---|---|
| Title | John Doe v. Yale University et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gary Kurtz | Julie Arias Young |

**Proceedings:**     [7] MOTION to Transfer Case to District of Connecticut filed by Defendant Yale University

Hearing held.  The motion is submitted.  Order to issue.

|  | : | 06 |
|---|---|---|
|  | Initials of Preparer | PMC |