UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | NOVEMBER 9, 2015 |

**<u>DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL</u>**

Pursuant to Local Rule 7(b), the undersigned, on behalf of defendant Yale University, hereby moves for a thirty day extension of time through December 9, 2015 within which to file a responsive pleading. This case was transferred from the Central District of California on November 5, 2015. The undersigned was retained on November 6, 2015 to represent Yale University and requires additional time to investigate the allegations of the complaint in order to prepare a proper response. Plaintiff's counsel of record has no objection to the granting of this motion.

WHEREFORE, defendant Yale University respectfully requests an extension of time through December 9, 2015 within which to file a responsive pleading.

                                                            THE DEFENDANT
                                                            YALE UNIVERSITY

                                        BY:   /s/ Patrick M. Noonan  (#ct00189)
                                                    Patrick M. Noonan
                                                    Colleen Noonan Davis (#ct27773)
                                                    Donahue, Durham & Noonan, P.C.
                                                    741 Boston Post Road
                                                    Guilford, CT 06437
                                                    (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                   /s/
                                                             Patrick M. Noonan