UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | NOVEMBER 11, 2015 |

## MOTION TO SUBSTITUTE COUNSEL

Upon transfer of the above-captioned case to the district court for the District of Connecticut, defendant Yale University retained the law firm of Donahue, Durham, & Noonan, P.C. to represent it in this action, in place of the law firm of Young, Zinn, & Bate, LLP.  Therefore, the defendant moves to substitute Patrick M. Noonan and Colleen Noonan Davis as counsel for defendant Yale University in lieu of Julie Arias Young and Karen J. Pazzani.

```
                          THE DEFENDANT
                          YALE UNIVERSITY


                       BY:___/s/ Patrick M. Noonan  (#ct00189)__
                          Patrick M. Noonan
                          Colleen Noonan Davis (#ct27773)
                          Donahue, Durham & Noonan, P.C.
                          741 Boston Post Road
                          Guilford, CT 06437
                          (203) 458-9168
```

## CERTIFICATION

 I hereby certify that, on the above-written date, a copy of the foregoing Motion to Substitute Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                 _____/s/_____
                    Patrick M. Noonan