UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | DECEMBER 9, 2015 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendant, Yale University, hereby moves for a thirty day extension of time through January 15, 2016 within which to answer or otherwise respond to the plaintiff's Complaint. The reason for this motion is that the plaintiff has not yet filed an appearance by Connecticut counsel. Plaintiff's California counsel has indicated that arrangements are being made to engage Connecticut counsel, but given the scheduling conflicts of California counsel and the impending holidays, it is unlikely that those arrangements will be made prior to the time when the defendant's responses are now due. Attorney Kurtz has indicated that he has no objection to the granting of this motion.

THE DEFENDANT
YALE UNIVERSITY

BY:   /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                                                  _____/s/_____
                                                                                        Patrick M. Noonan