UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | JANUARY 28, 2016 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff JOHN DOE.

January 28, 2016                                    /s/Frederick M. O'Brien /s/
Date                                                         Signature

Ct08989                                                   Frederick M. O'Brien
Connecticut Bar Number                        Print Clearly or Type Name

203-393-9745                                         383 Orange Street, 1st Floor
Fax Number                                             Address

fobrien@pattisandsmith.com              New Haven, CT 06511
E-mail address                                         Address

### CERTIFICATION

This is to certify that on JANUARY 28, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

By:/s/ FREDERICK M. O'BRIEN /s/