UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | JANUARY 28, 2016 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFENDANT'S MOTION TO DISMISS**

The plaintiff in the above captioned matter respectfully requests a sixty (60) day extension of time, until April 4, 2016, in which to file his response to the defendant's motion to dismiss filed January 13, 2016. This is the first such motion for an extension of the discovery deadline. The plaintiff relies on the following in support of his motion.

1. This case was transferred, over objection by the plaintiff, from the Central District of California to the District of Connecticut in November. Plaintiff's counsel will be seeking admission *pro hac vice* to this Court promptly. The undersigned firm has agreed to act as Local Counsel in this matter, and seeks an extension to allow the process of admission for lead counsel to be consummated.

2. Counsel for the defendant, Attorney Noonan, has been consulted on this request and does not object.

WHEREFORE, the plaintiff requests an extension of time to respond to the motion to dismiss until April 4, 2016.

1

BY /s/Frederick M. O'Brien/s/
Frederick M. O'Brien
Federal Bar No.ct08989
Pattis & Smith, LLC
383 Orange St., 1st Fl.
New Haven, CT 06511
203-393-3017
fobrien@pattisandsmith.com

## CERTIFICATION

This is to certify that on January 28, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Frederick M. O'Brien/s/