UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | MARCH 15, 2016 |

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS

The plaintiff in the above captioned matter respectfully requests an additional thirty (30) day extension of time, until May 4, 2016, in which to file his response to the defendant's Motion to Dismiss filed January 13, 2016. The current deadline is April 4, 2016, and this is the plaintiff's second request for an extension of time. The plaintiff relies on the following in support of his motion:

1. This case was transferred, over objection by the plaintiff, from the Central District of California to the District of Connecticut in November. Plaintiff's lead counsel is seeking admission to the Connecticut District Court. The application for admission of lead counsel is pending and has still not received approval.

2. Additionally, Plaintiff's counsel is scheduled to have shoulder surgery within the next few weeks.

3. Counsel for the defendant, Attorney Noonan, has been consulted on this request and does not object.

1

WHEREFORE, the plaintiff requests an extension of time to respond to the motion to dismiss until May 4, 2016.

BY /s/Frederick M. O'Brien/s/
Frederick M. O'Brien
Federal Bar No.ct08989
Pattis & Smith, LLC
383 Orange St.,1st Fl.
New Haven, CT 06511
203-393-3017
fobrien@pattisandsmith.com

## CERTIFICATION

This is to certify that on March 15, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Frederick M. O'Brien/s/