UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | MAY 3, 2016 |

**PLAINTIFF'S REQUEST FOR PERMISSION
TO FILE OVER-LENGTH BRIEF**

Pursuant to Local Rule 7(a)(2), the plaintiff through undersigned counsel respectfully requests leave of the Court to file an over-length brief. In support of this motion the plaintiff represents:

1. The proposed oversize brief is 44 pages long.

2. Counsel has made a diligent effort to avoid unnecessary and/or repetitive argument and represents that the current edition is of the necessary length to fully make the required arguments.

3. Counsel intends to timely file the brief tomorrow, May 4th.

WHEREFORE, the plaintiff requests permission to file the over-length brief at 44 pages.

BY /s/Frederick M. O'Brien/s/
Frederick M. O'Brien
Federal Bar No.ct08989
Pattis & Smith, LLC
383 Orange St.,1st Fl.
New Haven, CT 06511
203-393-3017
fobrien@pattisandsmith.com

1

## CERTIFICATION

This is to certify that on May 3, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Frederick M. O'Brien/s/