UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | May 18, 2016 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendant, Yale University, hereby moves for a twenty-one (21) day extension of time through June 8, 2016 within which to file a reply to the plaintiff's May 4, 2016 Opposition to Defendant's Motion To Dismiss. Plaintiff's Opposition brief is 44 pages long and defendant requests this additional time to fully evaluate the legal and factual issues raised in plaintiff's Opposition brief. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the defendant's first request for an extension of time.

                                                      THE DEFENDANT
                                                      YALE UNIVERSITY


                                       BY:   /s/ Patrick M. Noonan  (#ct00189)
                                                 Patrick M. Noonan
                                                 Colleen Noonan Davis (#ct27773)
                                                 Donahue, Durham & Noonan, P.C.
                                                 741 Boston Post Road
                                                 Guilford, CT 06437
                                                 (203) 458-9168

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                            /s/
                                                                          Patrick M. Noonan