UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | MAY 25, 2016 |

## REQUEST FOR LEAVE TO FILE CORRECTED AMENDED COMPLAINT

Pursuant to FED. R. CIV. PRO. 15(a)(2), the plaintiff in the above entitled action hereby requests permission to file an Amended Complaint. The sole change on the proposed complaint is the deletion of three paragraphs at the request of a non-party.

The amendments are as follows:

1. Paragraphs 18, 19 and 20 have been deleted.

2. The deletions are made at the request of a non-party, through her counsel. No other changes are sought at this time.

3. No answer has been made to the complaint at this time; a motion to dismiss several counts is pending. The proposed amendment will have no effect on the issues in the pending motion to dismiss

4. The undersigned represents that defense counsel has been contacted regarding his position on this request and he does not object.

5. This motion was initially filed on May 18 but the proposed deletions were inadvertently not done on the amended complaint attached to it; the complaint attached here does reflect the deletions.

1

WHEREFORE, the plaintiff respectfully requests that the Court grant permission for the plaintiff to amend the complaint to comply with the request of a non-party.

PLAINTIFF, JOHN DOE

By_____/s/_____
Frederick M. O'Brien ct08989
Pattis & Smith LLC
383 Orange Street
1st Floor
New Haven, CT 06511
(203) 393-3017 Phone
(203) 393-9745 Fax
fobrien@pattisandsmith.com
His Attorney

**CERTIFICATION OF SERVICE**

The undersigned certifies that on this 25th day of May, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Frederick M. O'Brien  ct08989/s/