UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. |
| **Plaintiff** | 3:15-CV- 01608 (AVC) |
| v. | |
| YALE UNIVERSITY | |
| **Defendants** | August 9, 2016 |

## PLAINTIFF'S REQUEST FOR LEAVE TO FILE ADDITIONAL AUTHORITY FOR THE COURT'S CONSIDERATION AND FILE SUPPLEMENTAL BRIEFING

Plaintiff, John Doe, respectfully requests leave to file the attached decision in *Doe v. Columbia*, 2016 U.S. App. LEXIS 13773, issued by the United States Court of Appeals, Second Circuit, and filed July 29, 2016. A copy of the opinion is attached hereto as Exhibit A.

1. Plaintiff respectfully submits that the *Columbia* opinion is relevant to the Court's consideration of Defendant's Motion to Dismiss the Complaint (Motion) in the above-captioned case, currently pending before this court. Defendant relies heavily on the District Court's opinion in *Columbia* (*Doe v. Columbia Univ.*, 101 F. Supp. 3d 356, 2015 U.S. Dist. LEXIS 52370 (S.D.N.Y., 2015)), which the Second Circuit vacated and remanded. Defendant repeatedly cites the District Court's *Columbia* opinion in the Motion and relies on that opinion as the primary authority supporting its arguments throughout the Motion. This decision was issued after the Motion was fully briefed.

2. Because the District Court's decision in *Columbia* is relied upon so heavily by Defendant, Plaintiff also requests the Court's leave to file supplemental briefing on the applicability of the Second Circuit's decision to the Motion.

1

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to submit the attached additional authority for the Court's consideration in support of its opposition to Defendant's pending Motion to Dismiss the Complaint and to submit additional briefing on the decision's applicability. Counsel for the Defendant, Attorney Noonan, has been consulted on this request and does not object, but would request twenty-one days to file its brief after the plaintiff's filing.

BY /s/Frederick M. O'Brien/s/
Frederick M. O'Brien
Federal Bar No.ct08989
Pattis & Smith, LLC
383 Orange St.,1st Fl.
New Haven, CT 06511
203-393-3017
fobrien@pattisandsmith.com

## CERTIFICATION

This is to certify that on August 9, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Frederick M. O'Brien/s/