UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | MARCH 3, 2017 |

## PLAINTIFF'S MOTION FOR DEFAULT FOR FAILURE TO ANSWER THE COMPLAINT

The plaintiff in the above captioned matter respectfully moves that a default enter against the defendant who has failed to file an answer in this case, despite its motion to dismiss having been denied on August 10, 2016 (Docket # 45) and despite its having failed to respond to the Court's invitation to file a revised motion by September 1 (*Id.*).

Four and a half months having passed without any action by the defendant, it must be deemed to be in default of its obligation to answer the Amended Complaint complaint (Docket #38) filed May 18, 2016.

WHEREFORE, the plaintiff moves for entry of a default against the defendant.

BY /s/Frederick M. O'Brien/s/
Frederick M. O'Brien
Federal Bar No.ct08989
Pattis & Smith, LLC
383 Orange St.,1st Fl.
New Haven, CT 06511
203-393-3017
fobrien@pattisandsmith.com

1

## CERTIFICATION

This is to certify that on March 3, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Frederick M. O'Brien/s/