UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOHN DOE** | : | CIVIL ACTION NO. |
| **Plaintiff** | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| **YALE UNIVERSITY** | : | |
| **Defendants** | : | February 28, 2017 |

### PLAINTIFF'S MOTION FOR FOR ADMISSION *PRO HAC VICE* OF GARY KURTZ, OF THE CALIFORNIA BAR

Undersigned counsel for the plaintiff moves, pursuant to Local Rule 83.2(d), for admission *pro hac vice* of Gary Alan Kurtz, a longtime member of the California Bar, with an office in Woodland Hills.

In support of this motion, the undersigned avers that:

1. Attorney Kurtz has provided the requisite affidavit under Local Rule 83.2(d)(1), which is attached hereto and
2. The requisite filing fee of $75.00 has been tendered as required by Rule 83.2(d)(3).

WHEREFORE, the plaintiff moves for the admission *pro hac vice* of visiting Attorney Kurtz to act as counsel for the plaintiff in this matter as provided by the Local Rules.

1

BY /s/Frederick M. O'Brien/s/
Frederick M. O'Brien
Federal Bar No.ct08989
Pattis & Smith, LLC
383 Orange St.,1st Fl.
New Haven, CT 06511
203-393-3017
fobrien@pattisandsmith.com

## CERTIFICATION

This is to certify that on February 28, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Frederick M. O'Brien/s/

Gary Kurtz, Esq. SBN 128295
**Law Office of Gary Kurtz**
  A Professional Law Corporation
30101 Agoura Court, Suite 130
Agoura Hills, California  91301
Phone: 818-884-8400  Fax: 818-884-8404
E-Mail:       gary@garykurtzlaw.com

Attorneys for Plaintiff John Doe

FILED
2017 MAR -3  P 12: 32
U.S. [DISTRICT COURT]

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Doe, | ) Civil Action No. |
|  | ) 3:15-CV-01608 (AVC) |
| Plaintiff, | ) |
|  | ) DECLARATION OF GARY KURTZ |
| vs. | ) IN SUPPORT OF MOTION TO |
|  | ) APPEAR PRO HAC VICE |
| Yale University, etc., et al., | ) |
|  | ) |
| Defendants. | ) |

I, Gary A. Kurtz, declare:

1.  Petitioner affirms that his principle place of business is in California and his office address is:

> Law Office of Gary Kurtz, A Professional Law Corporation
> 30101 Agoura Court, Suite 130
> Agoura Hills, California  91301

---

DECLARATION OF GARY KURTZ IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE
1 of 2

2. I am or have been a member of the bars of the states of Missouri, Illinois and California, but I practice and maintain current, active bar membership only in California;

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint;

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

6. I designate Norman Pattis, of the Pattis Law Firm as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury and the laws of the state of Connecticut and the United States of America that the foregoing is true and correct. Executed on September 2, 2016, at Agoura Hills, California.

_____
Gary Kurtz