# THE STATE BAR OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

February 2, 2017

Gary Kurtz
Law Office of Gary Kurtz
30101 Agoura Court, Suite 130
Agoura Hills, CA 91301

FEB 13 2017

Re: State Bar Member Number 128295 – Gary Alan Kurtz

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact the Member Services Center at 1-888-800-3400 or msc@calbar.ca.gov.

Sincerely,

Linda Kuzma
The State Bar of California – Member Services Center


Enclosure(s):

3       Standard


Delivery Method: Regular Mail
PH: 818 884-8400

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 2, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY ALAN KURTZ, #128295 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1987; that from the date of admission to August 19, 2011, he was an ACTIVE member of the State Bar of California; that on August 19, 2011, he was suspended from the practice of law in California by order of the Supreme Court for noncompliance with child and family support requirements; that on August 26, 2011, he was reinstated to the practice of law in California; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617         TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 2, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY ALAN KURTZ, #128295 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1987; that from the date of admission to August 19, 2011, he was an ACTIVE member of the State Bar of California; that on August 19, 2011, he was suspended from the practice of law in California by order of the Supreme Court for noncompliance with child and family support requirements; that on August 26, 2011, he was reinstated to the practice of law in California; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617           TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 2, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY ALAN KURTZ, #128295 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1987; that from the date of admission to August 19, 2011, he was an ACTIVE member of the State Bar of California; that on August 19, 2011, he was suspended from the practice of law in California by order of the Supreme Court for noncompliance with child and family support requirements; that on August 26, 2011, he was reinstated to the practice of law in California; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

sponsoring lawyer has been excused from attendance in Court pursuant to Rule 83.1(d)(2) of these Local Rules of Civil Procedure.

(2) Any party appearing *pro se* must give an address within the District of Connecticut where service can be made upon him or her in the same manner as service is made on an attorney.

(3) A member of the bar of this Court who changes his or her office address shall notify the Clerk of such change of address within 30 days of such change, and shall at the same time provide the Clerk with a list of all pending cases in which the attorney has filed an appearance.

### (d) Visiting Attorneys

(1) Attorneys not members of the Bar of this Court, but who are members in good standing of the bar of another Federal or State Court, may be permitted to represent clients in criminal, civil and miscellaneous proceedings in this Court on written motion by a member of the Bar of this Court. The motion shall be accompanied by an affidavit, duly sworn and executed by the proposed visiting attorney:

(a) stating the proposed visiting attorney's office address, telephone number, fax number, and e-mail address;

(b) identifying the bar of each court of which said attorney is and has ever been a member, and his or her corresponding bar identification number(s);

(c) stating that said attorney:

(i) has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing,

(ii) has not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint; or, if the visiting attorney cannot so state, then the visiting attorney must describe in full the circumstances of any such complaint, denial, discipline, resignation, surrender, or withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether the attorney is currently in good standing in such jurisdiction(s);

(d) stating that said attorney has fully reviewed and is familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

(e) designating the sponsoring attorney as his or her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of said attorney's admission.