```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JOHN DOE,                          :
   plaintiff,                      :
                                   :
v.                                 :   CIVIL NO. 3:15-cv-01608(AVC)
                                   :
YALE UNIVERSITY, ET AL.,           :
   defendants.                     :
```

**SCHEDULING ORDER**

(1) All discovery, including depositions of expert witnesses, shall be completed on or before August 31, 2018.

(2) The plaintiff shall have until September 1, 2017 to file motions to join any additional parties and to amend the pleadings.

(3) The defendant shall have until October 2, 2017 to file motions to join any additional parties and to amend the pleadings.

(4) The plaintiff shall disclose the identity of any expert witness he may use at trial and provide opposing counsel with a written report prepared by the witness pursuant to Fed. R. Civ. P. 26(a)(2) on or before April 2, 2018. The depositions of such witnesses shall be completed on or before May 28, 2018.

(5) The defendant shall disclose the identity of any expert witness it may use at trial and provide opposing counsel with a written report prepared by the witness pursuant to Fed. R. Civ. P. 26(a)(2) on or before July 2, 2018. The depositions of such witnesses shall be completed on or before August 31, 2018.

(6) Any party who has a claim or counterclaim for damages shall provide a damages analysis on or before November 1, 2017.

(7) All dispositive motions, if necessary, shall be filed on or before September 28, 2018.

(8) The parties shall file a joint trial memorandum in accordance with the standing order regarding trial memoranda on or before October 31, 2018.

(9) The case shall be ready for trial on December 3, 2018.

It is so ordered this 14th day of July 2017, at Hartford, Connecticut.

                                                 /s/  
                                         Alfred V. Covello  
                                         United States District Judge