UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, Et Al | : | |
| | : | |
| Defendants | : | AUGUST 22, 2017 |

**NOTICE OF FILING INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The Defendant, Yale University, hereby gives notice that it has sent interrogatories and requests for production directed to the Plaintiff, John Doe, on August 22, 2017 for the above captioned matter.

**THE DEFENDANT,
YALE UNIVERSITY**

By _____/s/_____
Patrick M. Noonan    (ct#00189)
Colleen Noonan Davis (ct#27773) of
DONAHUE, DURHAM & NOONAN
Concept Park
741 Boston Post Road
Guilford, CT 06437
203-458-9168
pnoonan@ddnctlaw.com

## CERTIFICATION

      This is to certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                                       /s/
                                                                                                   Patrick M. Noonan