UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | |
| | : | 3:15-CV-01608 (AVC) |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | AUGUST 23, 2017 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff: JOHN DOE

August 23, 2017                      /s/ Daniel M. Erwin    /s/
Date                                        Signature

ct 28947                             Daniel M. Erwin
Connecticut Bar Number               Print Clearly or Type Name

203-393-9745                    383 Orange Street, New Haven, CT 06511
Telephone Number                      Address

203-393-9745                    derwin@pattisandsmith.com
Fax Number

### CERTIFICATION

This is to certify that on August 23, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

By: /s/ Daniel M. Erwin/s/
DANIEL M. ERWIN