UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:15-CV- 01608 (AVC) |
| v. | : | |
| YALE UNIVERSITY | : | |
| Defendants | : | AUGUST 23, 2017 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned respectfully moves to withdraw his appearance on behalf of the Plaintiff, JOHN DOE. The undersigned filed his appearance on behalf of Plaintiff in 28 January 2016 and has continued in that capacity, now serving as Local Counsel for lead attorney Gary Kurtz, *pro hac vice*. However the undersigned is leaving the employ of Pattis & Smith, LLC as of this date, and thus will be unable to continue serving the clients of that firm, including the plaintiff.

WHEREFORE, the plaintiff respectfully requests that the Court grant the undersigned's motion to withdraw his appearance.

PLAINTIFF, JOHN DOE

1

By_____/s/_____
Frederick M. O'Brien ct08989
Pattis & Smith LLC
383 Orange Street
1st Floor
New Haven, CT 06511
(203) 393-3017 Phone
(203) 393-9745 Fax
fobrien@pattisandsmith.com
His Attorney

## CERTIFICATION OF SERVICE

The undersigned certifies that on this 23rd day of August, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Frederick M. O'Brien  ct08989/s/

2