UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Doe, | ) Civil Action No.: 3:15-CV-01608 (AVC) |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND PROPOSED ORDER |
| | ) TO MODIFY SCHEDULING ORDER |
| Yale University, by and though the President and Fellows of Yale College; and Does 1 to 100, inclusive, | ) |
| Defendants. | ) |

Plaintiff John Doe and Defendant Yale University, by and through their respective attorneys of record, stipulate and agree to the following:

**Recitals:** Whereas, the Court has ordered the parties to participate with a settlement conference with a Magistrate Judge; and whereas, the settlement conference is scheduled to take place on October 18, 2017; and whereas, the parties agree that Plaintiff should minimize litigation costs in order to have more flexibility regarding settlement; and whereas, Plaintiff anticipates expending funds for an expert to assist in the preparation of his damages analysis, presently due on November 1, 2017; and whereas, the parties agree that expenditure of funds to prepare the damages analysis should be delayed until after the settlement conference;

**Therefore,** the parties stipulate and agree that the damages analysis, currently due on November 1, 2017, should, instead, be due on November 30, 2017.

Dated: September 26, 2017                                    PLAINTIFF JOHN DOE

BY:_____
Gary Kurtz, Esq. (pro hac vice)
Law Office of Gary Kurtz, a PLC
30101 Agoura Court, Suite 130
Agoura Hills, California 91301
Phone: (818) 884-8400
gary@garykurtzlaw.com

Daniel Murphy Erwin, Esq. (ct28947)
Pattis & Smith LLC
383 Orange Street, 1st Floor
New Haven, CT 06511
Phone: (203) 393-3017
derwin@pattislaw.com

DEFENDANT YALE UNIVERSITY

BY:_____
Patrick M. Noonan, Esq. (#ct00189)
Colleen Noonan Davis, Esq. (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Phone: (203) 458-9168

## ORDER PURSUANT TO STIPULATION

The damages analysis, currently due on November 1, 2017, is now due on November 30, 2017.

Dated:                                                   _____
                                                         Honorable Alfred V. Covello
                                                         United States District Judge