UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, Et Al | : | |
| | : | |
| Defendants | : | OCTOBER 17, 2017 |

**<u>DEFENDANT YALE UNIVERSITY'S MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Local Rule 7(b), the defendant, Yale University, hereby requests an extension of thirty days, up to and including November 17, 2017, within which to answer and/or object to the Plaintiff's First Set of Interrogatories and First Set of Requests for Production, both propounded on September 18, 2017.  Plaintiff's counsel has agreed to the requested extension.  This is the defendant's first motion for extension of time.

WHEREFORE, defendant Yale University respectfully requests an extension of time through November 17, 2017 within which to answer and/or object to the Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

THE DEFENDANT
YALE UNIVERSITY


BY:___/s/ Patrick M. Noonan  (#ct00189)___
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168




## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


_____/s/_____
Patrick M. Noonan