UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-01608 (AVC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, Et Al | : | |
| | : | JANUARY 5, 2018 |
| Defendants | : | |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, plaintiff and defendant hereby stipulate that this case may be dismissed with prejudice, each side to bear its own costs and fees.

                                        THE PLAINTIFF,
                                        JOHN DOE

                            BY:_____/s/_____
                                        Gary Kurtz, Esq. (pro hac vice)
                                        Law Office of Gary Kurtz, a PLC
                                        30101 Agoura Court, Suite 130
                                        Agoura Hills, California 91301
                                        (818) 884-8400 Phone
                                        (818) 884-8404 Fax
                                        gary@garykurtzlaw.com

                                        Frederick M. O'Brien (CT08989)
                                        Pattis & Smith LLC
                                        383 Orange Street, 1st Floor
                                        New Haven, CT 06511
                                        (203) 393-3017 Phone
                                        (203) 393-975 Fax
                                        fobrien@pattisandsmith.com

THE DEFENDANT,
YALE UNIVERSITY


BY:　　　　/s/
　　Patrick M. Noonan (#ct00189)
　　Colleen Noonan Davis (#ct27773)
　　Donahue, Durham & Noonan, P.C.
　　741 Boston Post Road
　　Guilford, CT 06437
　　(203) 458-9168


**CERTIFICATION**

　　I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


　　　　　　　/s/
　　　　Patrick M. Noonan